# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 435 MAL 2014
: 
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
: 
        v. : 
: 
: 
: 
CHRISTIAN SCOTT THOMAS, : 
: 
           Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.